UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Shariff Gual,

          Defendant.

-------------------------------------------------------x

ORDER

Docket No. 13 CR 00032 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Deveraux L. Cannick, is to assume representation of the defendant in the above captioned matter as of May 25, 2023. Mr. Cannick is appointed pursuant to the Criminal Justice Act. His address is Aiello & Cannick, 69-06 Grand Avenue, Maspeth, NY 11378, phone number (718) 426-0444, Email: dcannick@aiellocannick.com.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       May 26, 2023